```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

GREGORY E. PARSONS,

    Plaintiff,

v.　　　　　　　　　　　　　　Case No: 2:18-cv-456-FtM-29MRM

LENDINGCLUB CORPORATION, a
Delaware corporation,

    Defendant.

_____

## ORDER

This matter comes before the Court on review of the file. On September 21, 2018, plaintiff filed an Amended Complaint (Doc. #22). As this is now the operative pleading in the case, defendant's Motion to Dismiss (Doc. #16) will be denied as moot.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Dismiss (Doc. #16) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this 9th day of October, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record